# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-2611

———————————————

ESPOSITO NURSERY, INC. and
SOUTH SEMINOLE FARM &
NURSERY,

    Petitioners,

v.

SURF SHACK, DEPARTMENT OF
HEALTH, et al.,

    Respondents.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.


October 16, 2025


PER CURIAM.

    DISMISSED.

ROWE, NORDBY, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Katherine L. Viker of Marie A. Mattox, P.A., Tallahassee, for Petitioners.

No appearance for Respondents.